```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 18995
   BRANDON ALAN KLEIN
   KELLY ANN KNAPCZYK                          CHAPTER 13

                                               JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-7738    SSN XXX-XX-3507


-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/24/08 .

   2.  The case was dismissed without confirmation, 09/19/2008.

-----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
-----------------------------------------------------------------------
COUNTRYWIDE HOME LOANS   CURRENT MORTG           .00           .00           .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE     NOT FILED           .00           .00
AMERICAN HONDA FINANCE C SECURED VEHIC           .00           .00           .00
ROSE MYSKER              SECURED           NOT FILED           .00           .00
KENDALL RIDGE HOMEOWNERS SECURED           NOT FILED           .00           .00
ASSET ACCEPTANCE CORP    UNSECURED         NOT FILED           .00           .00
AT&T MOBILITY LLC        UNSECURED         NOT FILED           .00           .00
AT&T MOBILITY LLC        UNSECURED         NOT FILED           .00           .00
AT&T MOBILITY LLC        UNSECURED         NOT FILED           .00           .00
AT&T MOBILITY LLC        UNSECURED         NOT FILED           .00           .00
AT&T MOBILITY LLC        UNSECURED         NOT FILED           .00           .00
AT&T MOBILITY LLC        UNSECURED         NOT FILED           .00           .00
AT&T MOBILITY LLC        UNSECURED         NOT FILED           .00           .00
AT&T MOBILITY LLC        UNSECURED         NOT FILED           .00           .00
AT&T MOBILITY LLC        UNSECURED         NOT FILED           .00           .00
VINYLWELD BLAIR          UNSECURED         NOT FILED           .00           .00
CAPITAL ONE BANK         UNSECURED         NOT FILED           .00           .00
CAPITAL ONE BANK         UNSECURED         NOT FILED           .00           .00
CARD SERVICE INTERNATION UNSECURED         NOT FILED           .00           .00
-----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID

COLLECTION PROFESSIONALS UNSECURED         NOT FILED           .00           .00
DISCOVER BANK            UNSECURED         NOT FILED           .00           .00
DISCOVER BANK            UNSECURED         NOT FILED           .00           .00
ELIGIUS LELIS MD         UNSECURED         NOT FILED           .00           .00
DUPAGE NEONATOLOGY ASSOC UNSECURED         NOT FILED           .00           .00
EDWARD HOSPITAL          UNSECURED         NOT FILED           .00           .00
GECAF                    UNSECURED         NOT FILED           .00           .00
GECAF                    UNSECURED         NOT FILED           .00           .00
GEMB                     UNSECURED         NOT FILED           .00           .00
HARRIS BANK              UNSECURED         NOT FILED           .00           .00
NCO FINANCIAL SYSTEMS    UNSECURED         NOT FILED           .00           .00
```

```
ST JOSEPH HOSPITAL          UNSECURED        NOT FILED              .00          .00
MBNA                        UNSECURED        NOT FILED              .00          .00
MCSC                        UNSECURED        NOT FILED              .00          .00
NICOR GAS                   UNSECURED        NOT FILED              .00          .00
OFFICE DEPOT                UNSECURED        NOT FILED              .00          .00
OSI COLLECTION SERVICES     UNSECURED        NOT FILED              .00          .00
REVENUE PRODUCTION MANAG    UNSECURED        NOT FILED              .00          .00
CITIBANK                    UNSECURED        NOT FILED              .00          .00
VERIZON WIRELESS            UNSECURED        NOT FILED              .00          .00
VERIZON WIRELESS            UNSECURED        NOT FILED              .00          .00
WATER ONE                   UNSECURED        NOT FILED              .00          .00
```

Summary of disbursements:

```
                         SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
TOTAL CLMS ALLOWED          .00           .00          .00          .00          .00
PRINCIPAL PAID              .00           .00          .00          .00          .00
INTEREST PAID               .00           .00          .00          .00          .00
TOTAL PAID                  .00           .00          .00          .00          .00
```

The Debtor's attorney, THOMAS R HITCHCOCK        , was allowed $        .00
and was paid $        .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 12/18/08                     /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE

```
                              PAGE   3
    CASE NO. 08 B 18995 BRANDON ALAN KLEIN & KELLY ANN KNAPCZYK
```